**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **HANLIN YANG,** | : | **21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii)** |
| | : | **(Possession with Intent to Distribute 100** |
| **Defendant.** | : | **kilograms or more of a Mixture and** |
| | : | **Substance Containing a Detectable Amount** |
| | : | **of Marijuana)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. § 853(a) and (p)** |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

Between on or about July 27, 2026, and August 20, 2026, within the District of Columbia, **HANLIN YANG**, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute 100 kilograms or more of a Mixture and Substance Containing a Detectable Amount of Marijuana**, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vii))

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts One of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

The United States will also seek forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(p))

Jeanine Ferris Pirro
United States Attorney

By: ____________________
Gauri Gopal
Chief, Federal Major Crimes

A TRUE BILL:

FOREPERSON.